USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/8/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, and APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, TRUSTEES OF THE NEW
YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, and THE CARPENTER
CONTRACTOR ALLIANCE OF
METROPOLITAN NEW YORK,

       Petitioners,

   -against-             25 Civ. 113 (AT)

J&V LOCKS AND DOORS, INC.,        **ORDER**

       Respondent.
―――――――――――――――――――――――

ANALISA TORRES, United States District Judge:

   On January 6, 2025, Petitioners filed a petition to confirm an arbitration award. ECF No. 1. Proceedings to confirm an arbitration award are "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly:

1. By **January 21, 2025**, Petitioners shall file and serve a statement pursuant to Local Civil Rule 56.1 and any additional materials with which they intend to support the petition, including memoranda of law, the arbitration award, supporting documents, and any affidavits or declarations attesting that the exhibits are true and correct copies of what they purport to be;
2. By **February 4, 2025**, Respondent shall file its opposition; and
3. By **February 11, 2025**, Petitioners shall file their reply, if any.

   By **January 13, 2025**, Petitioners shall serve a copy of the petition and this order upon Respondent by personal service on an officer, director, managing or general agent, or cashier or assistant cashier or to any other agent authorized by appointment or by law to receive service, pursuant to N.Y. C.P.L.R. § 311. By **January 17, 2025**, Petitioners shall file an affidavit of such service.

   SO ORDERED.

Dated: January 8, 2025
    New York, New York

                              _____
                              ANALISA TORRES
                            United States District Judge