**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,

                              Petitioners,                        25 **CIVIL** 0113 (AT)

        -against-                                                **JUDGMENT**

J&V LOCKS AND DOORS, INC.,

                              Respondent.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 27, 2025, the petition to confirm the Award is GRANTED. Judgment is hereby entered against J&V in the amount of $9,714.04; plus post-Award interest at a rate of 10.5% per annum accruing from June 24, 2024, through the date of judgment in the amount of $944.52, inclusive; attorneys' fees and costs of $3,538.90; and post-judgment interest at the statutory rate; accordingly, the case is closed.

**Dated**: New York, New York
       May 28, 2025

                                                                     **TAMMI M. HELLWIG**
                                                                                                **Clerk of Court**

                                                 **BY:**

                                                                          **Deputy Clerk**